IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00533-REB-BNB

TELESUPPORT SERVICES, INC., a Colorado corporation,
FLEXIBLE TECHNOLOGY INFRASTRUCTURE, INC., a Colorado corporation, and
EVAN A HOOPER, III,

Plaintiffs,

v.

JPMORGAN CHASE & CO, d/b/a Chase Bank U.S.A., N.A., a Delaware corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

   IT IS ORDERED that the **Joint Motion for Entry of Protective Order** [docket no. 10, filed April 24, 2009] is GRANTED.


DATED:  April 27, 2009