IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00533-REB-BNB

TELESUPPORT SERVICES, INC., a Colorado corporation,
FLEXIBLE TECHNOLOGY INFRASTRUCTURE, INC., a Colorado corporation, and
EVAN A HOOPER, III,

Plaintiffs,

v.

JPMORGAN CHASE & CO, d/b/a Chase Bank U.S.A., N.A., a Delaware corporation,

Defendant.

_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **June 17, 2009**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a), or a motion to administratively close the case pursuant to D.C.COLO.LCivR 41.2.

Dated June 3, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge