**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00533-REB-BNB

TELESUPPORT SERVICES, INC., a Colorado corporation,
FLEXIBLE TECHNOLOGY INFRASTRUCTURE, INC., a Colorado corporation, and
EVAN A. HOOPER, III,

    Plaintiffs,

v.

JPMORGAN CHASE & CO., d/b/a CHASE BANK U.S.A., N.A., a Delaware corporation,

    Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

The matter before me is the **Joint Motion For Administrative Closure** [#23] filed June 11, 2009.  After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be closed administratively.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Joint Motion For Administrative Closure** [#23] filed June 11, 2009, is **GRANTED**; and

2.  That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated June 11, 2009, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge